UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY



CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

FEB 25  A 11: 14

| | |
|---|---|
| MICHAEL E. PONS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SIXT RENT A CAR, LLC,<br><br>　　　　　　　Defendant. | Civil Action No.: _____<br><br>COMPLAINT AND JURY DEMAND |

Plaintiff, proceeding pro se, alleges as follows:

## I. JURISDICTION AND VENUE

This action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. This Court has federal question jurisdiction under 28 U.S.C. § 1331. This Court has supplemental jurisdiction over related state wage claims pursuant to 28 U.S.C. § 1367. Venue is proper in this District because the events giving rise to this action occurred in New Jersey.

## II. PARTIES

Plaintiff is a resident of New Jersey. Defendant Sixt Rent A Car, LLC is an employer doing business in New Jersey within the meaning of Title VII.

## III. ADMINISTRATIVE EXHAUSTION

Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission (EEOC). The EEOC issued a Notice of Right to Sue. This action is filed within ninety (90) days of receipt of the Notice.

## IV. FACTUAL ALLEGATIONS

Plaintiff began employment with Defendant on October 23, 2023, as a Rental Sales Agent. Throughout his employment, Plaintiff met or exceeded performance expectations, including strong IRPD metrics and multiple five-star customer reviews. Plaintiff received no written warnings, disciplinary write-ups, or documented performance deficiencies prior to termination. Defendant entrusted Plaintiff with training newly hired managers for approximately one month prior to his termination.

Upon information and belief, the managers Plaintiff trained assumed responsibilities that replaced Plaintiff's role after his termination. Plaintiff was frequently assigned to open and close the Jersey City branch alone. Plaintiff was also scheduled to work Sundays at approximately 5:00 a.m. at the Newark Airport branch.

1

On March 4, 2025, Plaintiff reported that a co-worker made a death threat against him. Plaintiff reported this conduct to management and/or Human Resources, engaging in protected activity under Title VII.

On April 1–3, 2025, Plaintiff worked hours for which Defendant failed to compensate him. On Plaintiff's final scheduled workday, the branch manager arrived approximately two hours late and the lot attendant also arrived late. Plaintiff ensured that approximately twelve (12) scheduled rentals were completed without delay, preventing operational disruption and financial loss to the branch.

On April 3, 2025, less than one month after reporting the threat, Plaintiff was terminated. The termination was communicated via telephone by Fiona Rose and HR representative (name believed to be) Keianti Silver. Plaintiff did not receive formal written termination documentation nor a prior verbal warning; instead, only a relief-related email was sent. Following termination, Plaintiff was locked out of the company application containing payroll and tax information.

Defendant stated that Plaintiff engaged in misconduct and created a hostile work environment. Plaintiff denies these allegations and contends the stated reason was false and pretextual. Plaintiff further contends that Defendant attempted to conflate Plaintiff's situation with a separate workplace issue involving Kevlin Davis at the Newark branch, despite the incidents being distinct.

Following termination, Defendant contested Plaintiff's unemployment benefits alleging misconduct. Defendant failed to appear at the unemployment appeal hearing, and misconduct was not established. During Plaintiff's employment, similarly situated employees engaged in conduct violating company policies but were not terminated:

a. Mejine [Last Name Unknown] brought her children to work and used a tablet during work hours without discipline.
b. Daniel Rivera, a manager, brought his children to work and placed them in company rental vehicles during operations without discipline.
c. Jamal Charles frequently left his assigned post during shifts at the Newark Airport branch without discipline.
d. Quran [Last Name Unknown] was permitted to change positions prematurely without meeting company requirements.
e. Kevlin Davis brought a PS5 to work, asked customers for rides after rentals, and processed premium rentals using debit/Chime cards contrary to company policy without termination.

Plaintiff is of a different race than most of the above-referenced employees. Plaintiff contends Defendant selectively enforced workplace policies and treated Plaintiff less favorably. Plaintiff further contends that his termination occurred in close temporal proximity to his protected complaint and was motivated by discriminatory and retaliatory intent.

**COUNT I – RACE DISCRIMINATION (Title VII)**

Plaintiff repeats and incorporates the above allegations. Plaintiff was subjected to termination under circumstances giving rise to an inference of race discrimination. Defendant's stated reason for termination was pretextual.

**COUNT II – RETALIATION (Title VII)**

Plaintiff engaged in protected activity by reporting workplace misconduct. Defendant terminated Plaintiff shortly thereafter. There is a causal connection between Plaintiff's protected activity and termination.

**COUNT III – WAGE CLAIM (New Jersey Wage Payment Law)**

Plaintiff repeats and incorporates the above allegations. Defendant failed to compensate Plaintiff for hours worked, including April 1–3, 2025. Defendant's conduct violated applicable wage payment laws.

**DAMAGES**

As a direct and proximate result of Defendant's conduct, Plaintiff has suffered:

Lost wages (back pay)
Loss of future earnings (front pay)
Emotional distress
Reputational harm
Litigation costs

**PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff respectfully requests:

A. Back pay
B. Front pay
C. Compensatory damages
D. Punitive damages
E. Costs and attorney's fees as permitted by law
F. Pre- and post-judgment interest
G. Trial by jury

Respectfully submitted,

Michael E. Pons
601 Columbia Avenue, Apt. 204
North Bergen, NJ 07047
Cell: (551) 333-4105
Mpons24@yahoo.com
*Pro Se Plaintiff*

February 24, 2026

3

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

7:7 FE 2 A 3 10

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Michael EDWARD Pons
601 Columbia Avenue APF204
North Bergen, New Jersey 07047

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

SIXT RENT A CAR, LLC,

*(Write the full name of each defendant who is being sued. If
the names of all the defendants cannot fit in the space above,
please write "see attached" in the space and attach an
additional page with the full list of names.)*

**Complaint for Employment
Discrimination**

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☑ Yes    ☐ No
*(check one)*

2

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                   Michael EDWARD Pons

Street Address         601 Columbia Avenue APT 204

City and County        North Bergen, Hudson County

State and Zip Code     New Jersey 07047

Telephone Number       551-333-4105

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                   SIXT Rent A CAR

Job or Title
(if known)

Street Address         Newport Centre Mall, 30 Mall DR W,

City and County        Jersey City, Hudson County

State and Zip Code     New Jersey 07310

Telephone Number       888-749-8227

E-mail Address
(if known)

Defendant No. 2

Name

Job or Title
(if known)

Street Address

City and County

3

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____
(if known)

### Defendant No. 3

Name     _____

Job or Title     _____
(if known)

Street Address     _____

City and County     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____
(if known)

### Defendant No. 4

Name     _____

Job or Title     _____
(if known)

Street Address     _____

City and County     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____
(if known)

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

Name     SIXT Rent A CAR

Street Address     Newport Centre Mall, 30 Mall DR W.

City and County     Jersey City, Hudson County

State and Zip Code     New Jersey, 07310

Telephone Number     888-749-8227

4

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

_____

☐    Relevant state law *(specify, if known)*:

_____

☐    Relevant city or county law *(specify, if known)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☑ Termination of my employment.

☑ Failure to promote me.

☐ Failure to accommodate my disability.

☑ Unequal terms and conditions of my employment.

☑ Retaliation.

☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

March 4 2025 , April 3 2025 _____

C.   I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.

☑ is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑ race  Only Male Latino RSA
☑ color  Non African American
☑ gender/sex  Was Terminated By TWO Females
☐ religion _____
☐ national origin _____
☐ age.  My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
☐ disability or perceived disability *(specify disability)*

_____

6

E.    The facts of my case are as follows.  Attach additional pages if needed.

_____

_____

_____

_____

_____

_____

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

Plaintiff Filed a charge of Discrimination With EEOC Prior to May 20, 2025

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*

12/9/2025

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Back Pay   Front Pay
Compensatory damages
Punitive damages
Attorneys' Fees
Any other relief the court deems appropriate
Pre- and post-Judgement Interest

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/25, 2026

Signature of Plaintiff     _Michael Pons_
Printed Name of Plaintiff   _Michael Edward Pons_

8

**B.**    **For Attorneys**

Date of signing: _____, 20__.

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |